CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke

MAY 28 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **LOUIS ROY CHAPMAN,** | ) Case No. 7:12-cv-00389 |
| | ) |
| **Plaintiff,** | ) |
| | ) **FINAL ORDER** |
| **v.** | ) |
| | ) **By: Hon. Jackson L. Kiser** |
| **ROMA WILLIS, et. al.,** | ) **Senior United States District Judge** |
| | ) |
| **Defendants.** | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED AND ADJUDGED**

that the motion for summary judgment (Docket No. 51) is **GRANTED** in part and **DENIED** in

part as follows:

(1) The motion is **GRANTED** as to plaintiff's claims under PREA, VDOC Operating

Procedures and Virginia criminal statutes and claims 2, 3, 6(c) and 7(c).

(2) The motion is **GRANTED** as to claims 4, 5, 6(a) and (b), 7(a) and (b), 8 and 9, on the

ground of failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a)

and these claims are dismissed without prejudice.

(3) The motion is **DENIED** as to plaintiff's Eighth Amendment claim against Willis.

The Clerk is directed to terminate as parties all defendants except Willis. The Clerk is

further directed to send a copy of this order and the accompanying memorandum opinion to the

parties.

ENTER: this 28th day of May, 2013.

_____
Senior United States District Judge