IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **LOUIS ROY CHAPMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 7:12cv00389 |
| | ) | |
| v. | ) | |
| | ) | |
| **ROMA WILLIS,** | ) | By: Hon. Michael F. Urbanski |
| *Counselor- Augusta Correctional Center*, | ) | United States District Judge |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this day, the court hereby **ORDERS** as follows:

1. As to defendant's motions in limine, Dkt. No. 118, the motion to exclude any reference to or evidence pertaining to polygraph examinations is **GRANTED**.

2. As to plaintiff's motions in limine and objections to exhibit list, Dkt. No. 120, the motion to exclude the number of plaintiff's felony convictions is **GRANTED**; the motion exclude evidence of Mr. Chapman's alleged "prior fixation on women" is **DENIED as moot**; the objection to the counselor log notes from 2003-2008 is **TAKEN UNDER ADVISEMENT**; and the objection to Special Agent L.W. Dury's Report of Investigation is **OVERRULED as moot**.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered: May 23, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge